1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   ROD S. BERMAN (Bar No. 105444)
2  rberman@jmbm.com
   BRIAN W. KASELL (Bar No. 143776)
3  bkasell@jmbm.com
   1900 Avenue of the Stars, Seventh Floor
4  Los Angeles, California 90067-4308
   Telephone: (310) 203-8080
5  Facsimile: (310) 203-0567

6  *Attorneys for Plaintiff*
   PREMIUM DENIM, LLC
7  d/b/a PAIGE PREMIUM DENIM

8  MANATT, PHELPS & PHILLIPS LLP
   JILL M. PIETRINI (Bar No. 138335)
9  Jpietrini@manatt.com
   BARRY E. MALLEN (Bar No. 120005)
10 bmallen@manatt.com
   11355 W. Olympic Blvd.
11 Los Angeles, California 90064
   Telephone: (310) 312-4000
12 Facsimile: (310) 312-4224

13 *Attorneys for Defendants*
   MERVYN'S LLC and
14 TARRANT APPAREL GROUP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PREMIUM DENIM, LLC d/b/a PAIGE PREMIUM DENIM, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MERVYN'S LLC, a California limited liability company; TARRANT APPAREL GROUP, a California corporation; and DOES 1 - 10,<br><br>Defendants. | Case No. CV 08-0624 AHM (VBKx)<br><br>ORDER FOR DISMISSAL OF ACTION<br>[FRCP 41(a)(1)] |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1  Pursuant to the Parties' Joint Stipulated Request for Dismissal With
2  Prejudice, all of Plaintiff Premium Denim, LLC's claims for relief against
3  Defendants Mervyn's LLC and Tarrant Apparel Group herein are hereby dismissed
4  with prejudice pursuant to FRCP 41(a)(1).
5  Each party shall bear its own attorneys' fees and costs of suit.
6  IT IS SO ORDERED.

8  DATED: November 12, 2008
9  **Make JS-6**                          United States District Court Judge